FILED
'00 MAY -4 PM 12: ..
U.S. DISTRICT COURT
N.D. OF ALABAMA

IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| DONALD RAY BELUE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | CV 00-G-0522-S |
| | ) | |
| GARY ALVERSON, et al., | ) | |
| | ) | |
| Defendants. | ) | |

ENTERED
MAY 0 4 2000

MEMORANDUM OF OPINION

The magistrate judge filed a superseding report and recommendation (Document #8) on April 20, 2000, recommending that this action filed pursuant to 42 U.S.C. § 1983 be dismissed under 28 U.S.C. § 1915A(b)(1) and (2) because all of plaintiff's claims are either frivolous, fail to state a claim upon which relief can be granted, or seek money damages form a defendant who is immune from such damages. The plaintiff filed objections to the report and recommendation on May 2, 2000.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the superseding report and recommendation and the objections thereto, the Court is of the



opinion that the magistrate judge's report is due to be and is hereby ADOPTED and the recommendation is ACCEPTED. Accordingly, the complaint is due to be dismissed pursuant to 28 U.S.C. § 1915A(b). A Final Judgment will be entered.

DATED this 4th day of May, 2000.

_____
J. FOY GUIN, JR.
UNITED STATES DISTRICT JUDGE